STATE v. ANDERSON

No. 60A97-2

Case below: Wilkes County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Wilkes County, denied 27 February 2003.

STATE v. ARTHUR

No. 314P02

Case below: 150 N.C. App. 438

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. BARNES

No. 633P02

Case below: 154 N.C. App. 111

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. BARTLETT

No. 614P02

Case below: 153 N.C. App. 680

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 27 February 2003. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.